Court. Although we agree with the State that this is not the claim articulated in Movant's motion, we further find that the record fully supports the trial court's finding that Movant's counsel advised him of the court's ruling sustaining his motion to suppress in part, counsel's assessment that an appellate court would likely sustain the trial court's decision not to suppress certain items, and that he would waive his right to appeal the ruling by pleading guilty. The trial court properly found that Movant's counsel was not ineffective and denial of Movant's motion was not clearly erroneous.

Judgment affirmed.

SHERRI B. SULLIVAN, P.J., and LAWRENCE E. MOONEY, J., Concur.

Before GEORGE W. DRAPER III, P.J. and MARY R. RUSSELL, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Movant, Jeffrey Hobbs, appeals from the judgment denying his Rule 24.035 motion without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's decision is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only, which sets forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

■

Jeffrey HOBBS, Movant/Appellant,

v.

STATE of Missouri, Respondent.

No. ED 80171.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 2, 2002.

Nancy L. Vincent, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Nicole E. Gorovsky, Asst. Atty. Gen., Jefferson City, MO, for respondent.

■

In the Interest of C.M., T.M., A.M., J.M., and N.M.

Nos. ED 80102–ED 80106.

Missouri Court of Appeals,
Eastern District,
Division One.

April 2, 2002.

William C. McIllroy, Bowling Green, MO, for appellant.

Mark S. Fisher, Bowling Green, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., ROBERT G. DOWD, JR., J.